IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 6, 2008

Charles R. Fulbruge III
Clerk

No. 07-30573

SANDRA ROBERT JACOB; KIRT JACOB, JR., INDIVIDUALLY AND ON
BEHALF OF DECEDENT KIRT JACOB SR.; TINA JACOB BROUWER

Plaintiffs-Appellants

v.

GRAND CASINOS OF MISSISSIPPI, LLC-GULFPORT, DOING BUSINESS
AS GRAND CASINO GULFPORT

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
No. 2:05-CV-805

Before JONES, Chief Judge, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

There being no reversible error, the judgment of the district court is
AFFIRMED. See 5TH CIRCUIT LOC. RULE 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.